IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **TARAHJAY M. ROSS,** | : | |
| Plaintiff | : | No. 1:21-cv-01994 |
| | : | |
| v. | : | (Judge Kane) |
| | : | |
| **CAPTAIN STEVE SMITH, et al.,** | : | |
| Defendants | : | |

# ORDER

**AND NOW**, on this 23rd day of December 2025, in accordance with accompanying Memorandum, **IT IS ORDERED THAT**:

1. This action is **DISMISSED WITH PREJUDICE** pursuant to Federal Rule of Civil Procedure 41(b);

2. Defendants' motions for summary judgment (Doc. Nos. 90, 93) and pro se Plaintiff's motion for an extension of time (Doc. No. 108) are **DENIED AS MOOT**; and

3. The Clerk of Court shall **CLOSE** this case.

s/ Yvette Kane<br>
Yvette Kane, District Judge<br>
United States District Court<br>
Middle District of Pennsylvania